ORIGINAL #008298

DWIGHT B. BISHOP (CA State Bar No. 37381)
DWIGHT B. BISHOP, INC.
1511 Treat Blvd., Ste. 200
Walnut Creek, CA 94598
Telephone: (925) 939-2544
Fax: (925) 939-8366

Attorney for Plaintiff, William Everett

FILED
JUN 10 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WILLIAM EVERETT,

Plaintiff,

vs.

DEPARTMENT OF THE NAVY,

Defendant. /

Case No. 08-427 C

COMPLAINT FOR BREACH OF CONTRACT; DEMAND FOR JURY TRIAL

1. This is an action for money damages exceeding $10,000 based on breach of contract by the United States. The Court of Federal Claims has exclusive jurisdiction under 28 USC §1491(a) (Tucker Act).

2. Venue is proper in San Francisco, California because the contract at issue was to be performed in Northern California.

3. Plaintiff entered into lease N62474-02RP-00P06 with defendant, Department of the Navy, on January 1, 2002, for livestock grazing on Parcel 4A01 at the Naval Weapons Station, Concord, Contra Costa County, California. The term of the lease was four years and six months, beginning on January 1, 2002, and ending on June 30, 2006.

4. Defendant terminated the grazing lease without good cause effective March 1, 2006, four months before its scheduled termination.

5. Plaintiff has been damaged in an amount exceeding $10,000 as a result of the early termination of his grazing lease.

6. In addition to the express terms of the subject lease for livestock grazing on Parcel 4A01, the lease impliedly provided that plaintiff would be given additional profitable projects in connection with the improvement of Parcel 4A01, such as building fences, replacing water troughs, etc. which projects would result in payment to plaintiff, rental offset, or in proving him with additional acreage on which to graze more livestock.

7. Defendant breached these implied provisions of the contract on an ongoing basis beginning in 2002, by not offering improvement projects to plaintiff during the term of the lease.

8. Plaintiff has been damaged in an amount exceeding $10,000 as a result of defendant's breach of the implied terms of the contract.

9. In 2005, plaintiff constructed gates on Parcel 4A01 for which defendant has refused to compensate him all to plaintiff's damage in the amount of $1,670.00.

Wherefore, plaintiff demands judgment against defendant for a sum according to proof at trial, but exceeding the amount of $10,000.00 plus interest and costs.

Dated: May 27, 2008

Law Offices of Dwight B. Bishop

By ____________________
Dwight B. Bishop, Attorney for Plaintiff, William Everett

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Dated: May 27, 2008

Law Offices of Dwight B. Bishop

By ____________________
Dwight B. Bishop, Attorney for Plaintiff, William Everett