IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM EVERETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-427C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Elizabeth A. Speck, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Elizabeth A. Speck
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12140
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Elizabeth A. Speck

ELIZABETH A. SPECK
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0369
Facsimile: (202) 307-0972
E-mail: Elizabeth.Speck@usdoj.gov

Dated: July 17, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of July, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Elizabeth A. Speck

GGK:JED:ESpeck:sa
D.J. No. 154-08-427

Telephone: (202) 307-0369
Facsimile: (202) 307-0972

July 14, 2008

Mr. Thomas Ledvina
Associate General Counsel
Department of the Navy
720 Kennon Street, S.E.
Building 36, Room 233
Washington, D.C. 20374

Re: William Everett v. The United States, Fed. Cl. No. 08-427C

Dear Mr. Ledvina:

Enclosed is a copy of the complaint filed in this case. Pursuant to 28 U.S.C. § 520, we request that you provide us with a litigation report as soon as possible. Your report should include information as to any set-off or counterclaim which may be available. Our response to the complaint is due 60 days from the date the complaint was filed. If you will not be able to provide us with a litigation report by a week prior to the date our response is due, please notify us as soon as this becomes apparent so that we may prepare an appropriate motion for an enlargement of time.

In addition, please advise this office as soon as possible of the name and telephone number of the attorney in your office responsible for drafting the required report. In our office, this case is assigned to Elizabeth Speck, who may be reached at (202) 307-0369 or Elizabeth.Speck2@usdoj.gov.

As you may appreciate, at a later time in this case, it may be important to be able to show that your organization took reasonable steps to preserve documents and materials (including electronic records such as e-mail) that may be relevant to this case. We request that you give consideration to what steps should reasonably be taken to preserve such documents and materials. If you or your staff have any questions or concerns regarding this, please contact us immediately.

Thank you for your assistance in this case.

Sincerely,

GREGORY G. KATSAS
Assistant Attorney General
Civil Division

By:

JEANNE E. DAVIDSON
Director
Commercial Litigation Branch

Enclosure: