**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM EVERETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-427C |
| | ) | (Judge Block) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE COURT'S DOCKET**

Defendant, United States of America respectfully requests that this Court modify the Court's docket in the above-referenced case by deleting docket entry 5, Defendant's Notice of Appearance for Elizabeth A. Speck, and replace it with the attached Notice of Appearance.[1] In docket entry 5 counsel for the United States inadvertently included with her Notice of Appearance a letter that was not intended to be included with the filing. Counsel for the United States has informed counsel for the plaintiff that she intends to file this motion, and counsel for the plaintiff indicated that he does not oppose the motion.

For these reasons, we respectfully request the Court to delete docket entry 5 and replace it with the attached notice of appearance.

---

[1]The revised Notice of Appearance is attached as Exh. 1.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK MELNICK
Assistant Director

s/Elizabeth A. Speck
ELIZABETH A. SPECK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 307-0369
Fax: (202) 305-7643

July 17, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of July, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE COURT'S DOCKET" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Elizabeth A. Speck