# EXHIBIT #1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM EVERETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-427C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Elizabeth A. Speck, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Elizabeth A. Speck
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12140
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Elizabeth A. Speck
ELIZABETH A. SPECK
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0369
Facsimile: (202) 307-0972
E-mail: Elizabeth.Speck@usdoj.gov

Dated: July 17, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of July, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Elizabeth A. Speck