# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM EVERETT<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-427C<br>(Judge Block) |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Defendant, the United States, respectfully requests a 60-day enlargement of time within which to respond to the plaintiff's complaint. The United States' response is currently due on August 11, 2008. The extension would bring the date for responding to the complaint to October 10, 2008. This is the defendant's first request for an enlargement of time for this purpose. Counsel for the plaintiff indicated on July 30, 2008 that the plaintiff is not opposed to this motion.

Defendant has sent to the Department of the Navy ("Navy") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Additional time is needed for the Navy to gather and review any information necessary for preparation of the Navy's litigation report and suggested response to the complaint because counsel for the Navy will be out of town for a week during the month of August and because of the demands of his current workload. Once the information gathering process is complete, the Navy will require time to prepare and deliver the requested litigation report. Once the litigation report is received, Defendant's counsel will need sufficient time to review the litigation report,

obtain any additional information or clarification from the Navy, and prepare and file the Government's response to the complaint, following supervisory review.

For these reasons, the defendant respectfully requests that the Court grant Defendant's unopposed motion for an enlargement of time of 60 days, to and including October 10, 2008, within which to respond to the plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Elizabeth A. Speck
ELIZABETH A. SPECK
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

July 31, 2008

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on July 31, 2008, a copy of the foregoing "Defendant's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth A. Speck